✓ ____ FILED          ____ RECEIVED
  ____ ENTERED        ____ SERVED ON
         COUNSEL/PARTIES OF RECORD

            SEP 3 0 2015

        CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT WILLIAMS, | ) | 3:15-CV-0012-MMD (VPC) |
| Plaintiff, | ) | |
| v. | ) | |
| BACA, et al., | ) | **ORDER** |
| Defendants. | ) | |

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. Plaintiff has submitted an application to proceed *in forma pauperis*. (#1). Based on the financial information provided, the Court finds that Plaintiff is unable to prepay the full filing fee in this matter.

The Court entered a screening order on May 20, 2015. (#8). The screening order imposed a 90-day stay and the Court entered a subsequent order in which the parties were assigned to mediation by a court-appointed mediator. (#s 8 & 18). The Office of the Attorney General has filed a status report indicating that settlement has not been reached and informing the Court of its intent to proceed with this action (#26).

For the foregoing reasons, IT IS ORDERED that:

1.      Plaintiff's application to proceed *in forma pauperis* (#1) is GRANTED. Plaintiff shall not be required to pay an initial installment of the filing fee. In the event that this action is dismissed, the full filing fee must still be paid pursuant to 28 U.S.C. § 1915(b)(2).

2.      The movant herein is permitted to maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or the giving of security therefor. This

1  order granting leave to proceed *in forma pauperis* shall not extend to the issuance and/or

2  service of subpoenas at government expense.

3        3.      Pursuant to 28 U.S.C. § 1915(b)(2), the Nevada Department of Corrections shall

4  pay to the Clerk of the United States District Court, District of Nevada, 20% of the preceding

5  month's deposits to Plaintiff's account **(Robert Williams, Inmate #1118862)**, in the months

6  that the account exceeds $10.00, until the full $350.00 filing fee has been paid for this action.

7  The Clerk of the Court shall **SEND** a copy of this order to the Finance Division of the Clerk's

8  Office.  The Clerk of the Court shall also **SEND** a copy of this order to the attention of the

9  Chief of Inmate Services for the Nevada Department of Corrections, P.O. Box 7011, Carson

10 City, NV 89702.

11       4.      The Clerk of the Court shall electronically **SERVE** a copy of this order and a copy

12 of Plaintiff's complaint (#9) on the Office of the Attorney General of the State of Nevada,

13 attention Kat Howe.

14       5.      Subject to the findings of the screening order (#8), within **twenty-one (21) days**

15 of the date of entry of this order, the Attorney General's Office shall file a notice advising the

16 Court and Plaintiff of: (a) the names of the defendants for whom it accepts service; (b) the

17 names of the defendants for whom it does <u>not</u> accept service, and (c) the names of the

18 defendants for whom it is filing last-known-address information under seal.  As to any of the

19 named defendants for which the Attorney General's Office cannot accept service, the Office

20 shall file, *under seal*, but shall not serve the inmate Plaintiff the last known address(es) of

21 those defendant(s) for whom it has such information.

22       6.      If service cannot be accepted for any of the named defendant(s), Plaintiff shall

23 file a motion identifying the unserved defendant(s), requesting issuance of a summons, and

24 specifying a full name and address for the defendant(s).  For the defendant(s) as to which the

25 Attorney General has not provided last-known-address information, Plaintiff shall provide the

26 full name <u>and</u> address for the defendant(s).

27

28

7.      If the Attorney General accepts service of process for any named defendant(s), such defendant(s) shall file and serve an answer or other response to the complaint within **sixty (60) days** from the date of this order.

8.      Henceforth, Plaintiff shall serve upon defendant(s) or, if an appearance has been entered by counsel, upon their attorney(s), a copy of every pleading, motion or other document submitted for consideration by the Court.    Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the defendants.  If counsel has entered a notice of appearance, Plaintiff shall direct service to the individual attorney named in the notice of appearance, at the address stated therein.  The Court may disregard any paper received by a district judge or magistrate judge which has not been filed with the Clerk, and any paper received by a district judge, magistrate judge, or the Clerk which fails to include a certificate showing proper service.

9.      Plaintiff's motion to serve defendants (#25) is **DENIED as moot**.


DATED: This ___30th___ day of September, 2015.

_____
United States Magistrate Judge