# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WILLIAMS, ) | 3:15-CV-0012-MMD (VPC) |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | January 6, 2016 |
| BACA, et al., ) | |
| Defendants. ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN       REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is defendants' motion to stay briefing on plaintiff's cross-motion for summary judgment (#35). Plaintiff opposed the motion (#36), and defendants replied (#37).

Defendants filed a motion to dismiss or for summary judgment for failure to exhaust administrative remedies prior as required by the Prison Litigation Reform Act (#29). Plaintiff opposed the motion (#31) and filed a cross-motion for summary judgment (#32). Defendants filed a reply (#33). The court has determined that the issue of exhaustion shall be decided prior to addressing any other motions. Therefore,

Defendants' motion to stay briefing on plaintiff's cross-motion for summary judgment (#35) is **GRANTED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/
    Deputy Clerk